UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Adam Jimenez, | Case No.: 15-cv-02493-BAS-AGS |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR ATTORNEY GENERAL TO PRODUCE ADDRESSES AND FOR U.S. MARSHAL TO EFFECT SERVICE** |
| Tonya Rothchild, et al., | |
| Defendants. | |

Plaintiff Adam Jimenez, an indigent California inmate, seeks court assistance in serving his summons and amended complaint on three defendants whose addresses he does not know. At the request of a plaintiff proceeding in forma pauperis, such as Jimenez, the court must "order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court." Fed. R. Civ. P. 4(c)(3). So long as the plaintiff "provide[s] the necessary information to help effectuate service," the lawsuit should not be dismissed for the U.S. Marshal's failure to properly serve the defendants. *Puett v. Blandford*, 912 F.2d 270, 275 (9th Cir. 1990). In his motion, Jimenez sufficiently identifies the three defendants—Tonya Rothchild, James Richard, and K. Reid—by their last-known job titles and places of employment within the California correctional system. [Doc. 26.] Thus, he is entitled to judicial aid in effecting service.

For good cause shown, the Court **ORDERS** that, by **February 10, 2017**, the California Deputy Attorney General assigned to this case shall provide the U.S. Marshal a confidential memorandum containing the current addresses for defendants Tonya Rothchild, James Richard, and K. Reid.  The memorandum shall state that the U.S. Marshal's Service must personally serve the summons and amended complaint on each defendant at the indicated address.  As to any defendant whose current address cannot be found, the assigned Deputy Attorney General must file a declaration by February 10, 2017, explaining why diligent inquiry could not uncover that address.

The Court **ORDERS** that, within **30 days** of receiving this confidential memorandum, the U.S. Marshal's Service shall personally serve a copy of Jimenez's summons and amended complaint on the defendants whose addresses are listed in the memorandum.  All costs of service will be advanced by the United States.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall issue a new summons for defendants Tonya Rothchild, James Richard, and K. Reid, and provide the California Attorney General's Office with three copies each of: (1) this Order; (2) the Court's September 26, 2016 Service Order [Doc. 13]; (3) the First Amended Complaint [Doc. 12]; (4) the new summons; and (5) a blank U.S. Marshal Form 285.  Both the California Attorney General's Office and the U.S. Marshal's Service shall keep the defendants' addresses strictly confidential.  The addresses may not appear on any U.S. Marshal Form 285, may not be made a part of the Court's record, and may not be provided to Jimenez.

Dated:  January 13, 2017

Hon. Andrew G. Schopler
United States Magistrate Judge